**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ADVANCED TECHNOLOGY PRODUCTS, INC.,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-1239**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORIENTAL EXPORT CORPORATION, *et al.*,**

**Defendants.**

# ORDER

This matter is before the Court on the motion of former Defendant Oriental Export Corporation USA, Inc. ("OEC USA") to direct Plaintiff Advanced Technology Products, Inc., to file under seal to two exhibits to Plaintiff's forthcoming motion for leave to file an amended complaint. Therein, OEC USA represents that the exhibits contain sensitive business information, including information about how OEC India and OEC USA are structured and how the two entities manage their finances. (*Id.*)

Based on these representations, the undersigned concludes that Plaintiff's exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, the Motion to Seal (ECF No. 63) is **GRANTED**. Plaintiff is **ORDERED** to file **UNDER SEAL** unredacted versions of the exhibits described in the Motion to Seal. Plaintiff is **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of making the filings under

seal, redacted versions of those sealed exhibits that redact only the confidential information described in the Motion to Seal.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE